The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD A. MIKKELSON DDS,<br><br>                          Plaintiff,<br><br>  v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>                         Defendant. | Civil Action No.  3:20-cv-05378-BJR<br><br>**STIPULATED MOTION AND ORDER** |

Plaintiff Ronald A. Mikkelson, DDS and Defendant Aspen American Insurance Company stipulate that Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint, Dkt. 14, no later than October 27, 2020.

WHEREAS:

1. On September 9, 2020, Defendant moved to dismiss Plaintiff's lawsuit for failure to state a claim upon which relief can be granted.

2. On September 28, 2020, Plaintiff filed an amended complaint.

3. Under the Federal Rules of Civil Procedure, Defendant's response to Plaintiff's amended complaint is due October 13, 2020.

4. On October 7, 2020, counsel for the parties conferred via telephone and discussed various methods through which this matter and other matters filed against Defendant by Plaintiff's counsel might be most efficiently organized.

5. The parties are continuing to consider and discuss that issue, together with the issues as to which the Court ordered the parties to meet and confer in its September 29, 2020 Scheduling Order.

6. Further in the interest of efficiency, the parties have agreed to a 14-day extension of Defendant's response date, pursuant to which Defendant may file its response on or before October 27, 2020.

7. The stipulation will not prejudice either party.  The parties do not waive any claims or defenses with this stipulation.

IT IS HEREBY STIPULATED AND AGREED, pending the Court's approval, Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint by October 27, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION AND ORDER CASE:
2:20-CV-05378-BJR

1

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

The parties respectfully request the Court to enter the accompanying Proposed Order granting the relief to which the parties have stipulated.

DATED this 12th day of October, 2020.

| KELLER ROHRBACK L.L.P. | SIDLEY AUSTIN LLP |
|---|---|
| /s/ _Karin Swope*_____ | /s/ Robin E. Wechkin_____ |
| Karin Swope, WSBA No. 24015<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>kswope@kellerrohrback.com | Robin E. Wechkin, WSBA No. 24746<br>SIDLEY AUSTIN LLP<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Telephone: (415) 439-1799<br>rwechkin@sidley.com |
| **Attorneys for Plaintiff**<br><br>*Signed with permission. | Yvette Ostolaza, *pro hac vice*<br>Yolanda C. Garcia, *pro hac vice*<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3401<br>Facsimile:  (214) 981-3400<br>yvette.ostolaza@sidley.com<br>ygarcia@sidley.com<br><br>**Attorneys for Defendant** |

STIPULATED MOTION AND ORDER  CASE:
2:20-CV-05378-BJR

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

2

# ORDER

The Court has considered Plaintiff Ronald Mikkelson DDS and Defendant Aspen American Insurance Company's Stipulated Motion and [Proposed] Order.  In light of the parties' continuing discussions of how to efficiently litigate this and other related cases, and the upcoming case management conference to be set by the Court after October 20, *see* Dkt. # 16, the Court **HEREBY ORDERS** that Defendant may answer, move, or otherwise respond to Plaintiff's amended complaint on or before October 27, 2020.

**IT IS SO ORDERED.**

Dated: October 13, 2020.

*[signature]*

Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DATED this 12th day of October, 2020.          SIDLEY AUSTIN LLP

 */s/ Robin E. Wechkin*

Robin E. Wechkin, WSBA No. 24746
SIDLEY AUSTIN LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone:  (415) 439-1799
rwechkin@sidley.com

Yvette Ostolaza, *pro hac vice*
Yolanda C. Garcia, *pro hac vice*
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3401
Facsimile:  (214) 981-3400
yvette.ostolaza@sidley.com
ygarcia@sidley.com

***Attorneys for Defendant***