Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RONALD A. MIKKELSON DDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>Defendant. | No. 3:20-cv-05378-BJR<br><br>NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN RESPONSE TO FIRST SCHEDULING ORDER |

On November 4, 2020, Plaintiff Marler filed "Plaintiffs' Statement in Response to First Scheduling Order" in *Wade K. Marler, DDS v. Aspen American Insurance Company*, Case No. 2:20-cv-00616-BJR.  Plaintiffs Marler filed the Statement in connection with the Court's upcoming November 9, 2020 Case Management Conference, and in response to the Court's First Scheduling Order entered in the above-referenced case on September 29, 2020.  A copy of the Statement is attached hereto.

Plaintiff Ronald A. Mikkelson DDS joins in the Plaintiffs' Statement in Response to First Scheduling Order, submitted herewith.

NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN
RESPONSE TO FIRST SCHEDULING ORDER
(3:20-cv-05378-BJR) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 4th day of November, 2020.

KELLER ROHRBACK L.L.P.

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Ian S. Birk*
By: *s/ Irene M. Hecht*
By: *s/ Karin B. Swope*
By: *s/ Maureen Falecki*
By: *s/ Nathan L. Nanfelt*
   Amy Williams-Derry, WSBA #28711
   Lynn Lincoln Sarko, WSBA #16569
   Gretchen Freeman Cappio, WSBA #29576
   Ian S. Birk, WSBA #31431
   Irene M. Hecht, WSBA #11063
   Karin B. Swope, WSBA #24015
   Maureen M. Falecki, WSBA #18569
   Nathan Nanfelt, WSBA #45273
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384
   Email: awilliams-derry@kellerrohrback.com
   Email: lsarko@kellerrohrback.com
   Email: gcappio@kellerrohrback.com
   Email: ibirk@kellerrohrback.com
   Email: ihecht@kellerrohrback.com
   Email: kswope@kellerrohrback.com
   Email: mfalecki@kellerrohrback.com
   Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
   Alison Chase, *pro hac vice forthcoming*
   801 Garden Street, Suite 301
   Santa Barbara, CA 93101
   Telephone: (805) 456-1496
   Fax: (805) 456-1497
   Email: achase@kellerrohrback.com

*Attorneys for Plaintiff and the Proposed Classes*

NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN RESPONSE TO FIRST SCHEDULING ORDER
(3:20-cv-05378-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384